MOW 2016-1.2 (12/2016)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE: Thomasen Ingersoll )
    Kelli Ingersoll ) Case No. 20-50154
)
    Debtor(s) )

### MOTION FOR POST-CONFIRMATION FEES

In accordance with Local Rule 2016-1F, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

____X_____    Defense of Motions to Dismiss - $250
                 Date Response filed 10/15/2020
____X_____    Motions to Suspend or Abate Payments - $250
                 Date Application/Motion filed 10/30/2020

The services indicated above having been completed, additional compensation is hereby requested in the amount of $500.00, and expenses in the amount of $ 0.00.

**I hereby certify that the services referenced in this motion were actually provided after the original confirmation (7/14/2020) of the plan in this case.**

Dated: 11/04/2020                         Respectfully submitted,
                                       W  M  Law

                                       /s/ Ryan A Blay
                                       Ryan A Blay, MO# KS001066
                                       15095 W. 116th St.
                                       Olathe, KS 66062
                                       Blay@wagonergroup.com
                                       Phone (913) 422-0909 Fax (913) 428-8549
                                       ATTORNEY FOR DEBTOR(S)

### NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order allowing the fees.

### CERTIFICATE OF SERVICE

Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail. Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.
DEBTORS VIA US MAIL - 487 East Emma Street Osborn, MO  64474
Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Rm 1510, Kansas City, MO  64106
                                   /s/ Ryan A Blay